IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MCALLISTER TOWING OF NEW YORK, LLC,
CENTRAL BOAT RENTALS, INC.,
OFFSHORE TOWING, INC., and
GLOBAL TOWING SERVICE, INC.                          **PLAINTIFFS**

v.                                    **CIVIL ACTION 1:19-CV-675-HSO-JCG**

M/V NOR GOLIATH
*In Rem*                                                          **DEFENDANT**

## ORDER TO SHOW CAUSE

BEFORE THE COURT is a Complaint filed against the M/V Nor Goliath, a maritime vessel. Three actions in past three months have been filed asserting claims against M/V Nor Goliath. The first two actions, Civil Action No. 1:19-cv-391-LG-RHW and Civil Action No. 1:19-cv-395-HSO-JCG have been consolidated under the earlier filed cause number, 1:19-cv-391-LG-RHW.

Having reviewed Rule E of Admiralty and Maritime Rules for District Courts of Mississippi, which are a part of the Local Uniform Civil Rules, and due to the Court's concerns regarding efficiency, judicial economy, shared issues of fact and law, and the risk of inconsistent rulings on common questions, Plaintiffs in this suit are required to show cause why they should not be required to move to intervene in 1:19-cv-391-LG-RHW, as opposed to

pursuing this separate action. Plaintiffs' deadline for responding to this Order to Show Cause is **October 24, 2019**.

SO ORDERED, this the 10th day of October, 2019.

_s/ John C. Gargiulo_
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE